**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGGA, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> BUMBLE BEE FOODS, LLC, <br><br> Defendant. | Case No. 25-cv-0583-MMA-DEB <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND SETTING BRIEFING SCHEDULE** <br><br> [Doc. No. 13] |

On April 14, 2025, Plaintiffs Akhmad, Angga, Muhammad Sahrudin, and Muhammad Syafi'i (collectively, "Plaintiffs") and Defendant Bumble Bee Foods, LLC ("Defendant") filed a stipulation, which the Court construes as a joint motion, to extend the time for Defendant to respond to Plaintiffs' complaint and set a briefing schedule for any forthcoming motion to dismiss.  Doc. No. 13.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion.

Accordingly, Defendant must respond to the complaint on or before **June 2, 2025**. Should Defendant file a motion, Plaintiffs must respond no later than **July 31, 2025**. Defendant may file a reply no later than **September 5, 2025**.  Should Defendant respond to the complaint by motion, that motion will be taken under submission pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7.1.d.1 upon the deadline for Defendant to file its reply.

**IT IS SO ORDERED**.

Dated:  April 16, 2025

HON. MICHAEL M. ANELLO
United States District Judge