# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>    Defendant. | Case No. 25-cv-00583-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND ANSWER DEADLINE (ECF No. 30)** |

Presently before the Court is the parties' joint motion to extend the time for Defendant Bumble Bee Foods, LLC to respond to Plaintiffs' Complaint. (ECF No. 30.) Previously, the Court granted in part and denied in part a motion to dismiss the Complaint. (ECF No. 29.) Hence, Defendant must answer the remaining claims, but the Court also granted Plaintiffs leave to amend certain claims for injunctive relief. (*Id.*)

Accordingly, the parties agree to extend Defendant's deadline to answer until after the deadline expires for a First Amended Complaint. (ECF No. 30.) In the event that Plaintiffs file a First Amended Complaint, the parties further agree that the deadline should be extended until the Court resolves any forthcoming motion to dismiss. (*Id.*)

Good cause appearing, the Court **GRANTS** the Joint Motion. If no First Amended Complaint is filed, then Defendant must file its Answer no later than **December 17, 2025**.

1 | Otherwise, Defendant's Answer shall be due within fourteen days of the Court's ruling on
2 | any motion to dismiss the First Amended Complaint.
3 |     **IT IS SO ORDERED.**
4 |
5 | **DATED: November 24, 2025**

                                                             *[signature]*
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**