# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD, *et. al*,<br><br>               Plaintiffs,<br><br>  v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>               Defendant. | Case No. 25-cv-00583-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULES (ECF No. 34)** |

Finding good cause, the Court **GRANTS** Parties' joint motion to set briefing deadlines (ECF No. 34) regarding the Amended Complaint (ECF No. 33). The deadlines are as follows:

    Defendant's motion to dismiss: December 22, 2025

    Plaintiffs' opposition: January 7, 2026

    Defendant's reply: January 16, 2026

    Motion noticed for January 23, 2026

It is FURTHER ORDERED that the deadlines for briefing Defendant's motion to reconsider and/or certify this Court's decision denying the motion to dismiss in part are as follows:

    Defendant's motion to reconsider and/or certify: December 10, 2025

Plaintiffs' opposition: January 16, 2026

Defendant's reply: February 6, 2026

Motion noticed for February 13, 2026

**IT IS SO ORDERED.**

DATED: December 9, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court