**HOGAN LOVELLS US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4640
Facsimile:  (310) 785-4601
vassi.iliadis@hoganlovells.com

CRAIG A. HOOVER (Bar No. 113965)
DAVID M. FOSTER (admitted pro hac vice) (D.C. Bar No. 497981)
DANIELLE DESAULNIERS STEMPEL (admitted pro hac vice)
   (D.C. Bar No. 1658137)
DANA A. RAPHAEL (admitted pro hac vice) (D.C. Bar No. 1741559)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5694
Facsimile:  (202) 637-5910
craig.hoover@hoganlovells.com
david.foster@hoganlovells.com
danielle.stempel@hoganlovells.com
dana.raphael@hoganlovells.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I,<br><br>           Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>           Defendant. | Case No. 3:25-cv-00583-BAS-DEB<br><br>Action Filed:  March 12, 2025<br><br>The Honorable Cynthia Bashant<br><br>**DEFENDANT BUMBLE BEE FOODS, LLC'S MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT<br><br>Date:  February 13, 2026 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT BUMBLE BEE FOODS, LLC'S MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)
Case No. 3:25-cv-00583-BAS-DEB

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 13, 2026, in the U.S. District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant BUMBLE BEE FOODS, LLC (Bumble Bee), by and through its attorneys, respectfully moves: (1) for an Order under Civil Local Rule 7.1.*i* reconsidering this Court's November 12, 2025 Order denying Bumble Bee's motion to dismiss; and (2) alternatively, for an Order certifying this Court's November 12, 2025 Order (or any amendment of that Order) for an interlocutory appeal under 28 U.S.C. § 1292(b).

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the papers and pleadings on file, such matters of which this Court may take judicial notice, and upon such other matters as the Court deems proper.

Bumble Bee has filed this Motion within 28 days following the entry of this Court's November 12, 2025 Order, as specified in Local Civil Rule 7.1.*i*.2.

On November 21, 2025, counsel for Bumble Bee met and conferred with counsel for Plaintiffs regarding the grounds for this motion.

Respectfully submitted,

Dated: December 10, 2025

HOGAN LOVELLS US LLP

By: */s/ Vassi Iliadis*
Vassi Iliadis

*Counsel for Defendant*
Bumble Bee Foods, LLC

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -
DEFENDANT BUMBLE BEE FOODS, LLC'S MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)
Case No. 3:25-cv-00583-BAS-DEB