1  **HOGAN LOVELLS US LLP**
2  VASSI ILIADIS (Bar No. 296382)
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4640
4  Facsimile: (310) 785-4601
   vassi.iliadis@hoganlovells.com
5
6  CRAIG A. HOOVER (Bar No. 113965)
   DAVID M. FOSTER (admitted pro hac vice) (D.C. Bar No. 497981)
7  DANIELLE DESAULNIERS STEMPEL (admitted pro hac vice)
      (D.C. Bar No. 1658137)
8  CHRISTINE A. SIFFERMAN (admitted pro hac vice) (D.C. Bar No. 1613936)
   DANA A. RAPHAEL (admitted pro hac vice) (D.C. Bar No. 1741559)
9  555 Thirteenth Street, N.W.
   Washington, D.C. 20004
10 Telephone: (202) 637-5694
   Facsimile: (202) 637-5910
11 craig.hoover@hoganlovells.com
   david.foster@hoganlovells.com
12 danielle.stempel@hoganlovells.com
   christine.sifferman@hoganlovells.com
13 dana.raphael@hoganlovells.com

14 *Counsel for Defendant*
   Bumble Bee Foods, LLC
15

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | Case No. 3:25-cv-00583-BAS-DEB<br><br>Action Filed: March 12, 2025<br><br>The Honorable Cynthia Bashant<br><br>**DEFENDANT BUMBLE BEE FOODS, LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)]<br><br>Date: January 23, 2026<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that on January 23, 2026, in the U.S. District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, Defendant BUMBLE BEE FOODS, LLC (Bumble Bee), by and through its attorneys, respectfully moves to dismiss the injunctive relief claim in the Amended Complaint (ECF No. 33) filed by Plaintiffs AKHMAD, ANGGA, MUHAMMAD SAHRUDIN, and MUHAMMAD SYAFI'I. This motion is made under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) on the grounds that (1) the Amended Complaint fails to plead that the other remedies that Plaintiffs seek would be inadequate to compensate them and (2) Plaintiffs lack Article III standing for injunctive relief.

    This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the papers and pleadings on file, such matters of which this Court may take judicial notice, and upon such other matters as the Court deems proper.

    On November 21, 2025, counsel for Bumble Bee notified counsel for Plaintiffs regarding the grounds for this motion.

Respectfully submitted,

Dated:  December 22, 2025

HOGAN LOVELLS US LLP

By:  */s/ Vassi Iliadis*
     Vassi Iliadis

*Counsel for Defendant*
Bumble Bee Foods, LLC