**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKHMAD, *et. al*,<br><br>                        Plaintiffs,<br><br>  v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>                        Defendant. | Case No. 25-cv-00583-BAS-DEB<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST TO SUBMIT NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OR INTERLOCUTORY REVIEW (ECF No. 44)** |

      Pending before the Court is an Ex Parte Request to File a Notice of Supplemental Authority (ECF No. 44) submitted by Plaintiffs Akhmad, Angga, Muhammad Sahrudin, and Muhammad Syafi'i in support of its opposition to Defendant Bumble Bee Foods, LLC's motion for reconsideration and interlocutory review (ECF No. 36).

      The proposed supplemental authority is the Ninth Circuit's decision in *Ratha v. Rubicon Resources (Ratha III),* No. 23-55299 (9th Cir. Feb. 20, 2026) which Plaintiffs claim is relevant to analyzing the extraterritorial application and the relevant mens rea standard of the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. §§ 1589, 1595 *et seq*. in this action (ECF No. 44). Defendant responded, contesting that

*Ratha III* does not directly address either the extraterritorial application or the relevant mens rea standard for Plaintiffs' TVPRA claims in this action (ECF No. 45).  However, Defendant also states that *Ratha III* highlights that "important issues concerning the TVPRA's scope" remain—which Defendant admits is, at least, contextually relevant to their request for this Court to certify certain TVPRA issues for interlocutory review (*id*. at 3:6-12).

Based on the above, the Court finds sufficient basis to **GRANT** for Plaintiffs' Ex Parte Request to File Notice of Supplemental Authority (ECF No. 44).  The Court further cautions that, under its Standing Order § 4.F, Plaintiffs "may file a notice of supplemental authority [including] a copy of the order or opinion and any case-identifying information" but "may not include any argument in the notice."

**IT IS SO ORDERED.**

**DATED: March 5, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court