**HOGAN LOVELLS US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 785-4640
Facsimile:  (310) 785-4601
vassi.iliadis@hoganlovells.com

CRAIG A. HOOVER (Bar No. 113965)
DAVID M. FOSTER (admitted *pro hac vice*) (D.C. Bar No. 497981)
DANIELLE DESAULNIERS STEMPEL (admitted *pro hac vice*)
   (D.C. Bar No. 1658137)
CHRISTINE A. SIFFERMAN (admitted *pro hac vice*) (D.C. Bar No. 1613936)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5694
Facsimile:  (202) 637-5910
craig.hoover@hoganlovells.com
david.foster@hoganlovells.com
danielle.stempel@hoganlovells.com
christine.sifferman@hoganlovells.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I,<br><br>                    Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>                    Defendant. | Case No. 3:25-cv-00583-BAS-DEB<br><br>Action Filed:  March 12, 2025<br><br>The Honorable Cynthia Bashant<br><br>**DEFENDANT BUMBLE BEE FOODS, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED COMPLAINT** |

Hogan Lovells US LLP
Attorneys At Law
Los Angeles

Defendant Bumble Bee Foods, LLC ("Bumble Bee") answers Plaintiffs' Amended Complaint (ECF No. 33) as follows:

## **INTRODUCTION[1]**

1. Paragraph 1 contains legal assertions to which no response is required. To the extent that any response is required, the Trafficking Victims Protection Reauthorization Act ("TVPRA") speaks for itself, and Bumble Bee denies any characterization thereof.

2. Paragraph 2 contains legal assertions to which no response is required. To the extent that any response is required, H.R. Rep. No. 110-430, Pt. 1, at 33 (2007) speaks for itself, and Bumble Bee denies any characterization thereof.

3. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies the same.

4. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies the same.

5. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and therefore denies the same.

6. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and therefore denies the same.

7. Bumble Bee denies the allegations in Paragraph 7.

## **PARTIES**

8. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies the same.

9. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies the same.

10. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies the same.

---

[1] To the extent that any of the Amended Complaint's headings or footnotes constitute factual allegations, Bumble Bee specifically denies each and every one of them.

11.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore denies the same.

12.     Bumble Bee states that Bumble Bee Foods, LLC is organized in Delaware and its principal office is located at 1455 Frazee Road, Suite 400, San Diego, CA 92108.  Bumble Bee admits the remaining allegations in Paragraph 12.

13.     Bumble Bee denies the allegations in Paragraph 13.

14.     Bumble Bee admits the allegations in the first sentence of Paragraph 14. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14 and therefore denies the same.

## JURISDICTION AND VENUE

15.     Paragraph 15 contains legal assertions as to which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 15.

16.     Paragraph 16 contains legal assertions relating to jurisdiction as to which no response is required.  To the extent a response is required, Bumble Bee admits that its principal place of business is in California.

17.     Paragraph 17 contains legal assertions to which no response is required. To the extent a response is required, Bumble Bee admits that its principal place of business is in this District.

## FACTUAL ALLEGATIONS

18.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies the same.

19.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies the same.

20.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies the same.

21.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies the same.

22.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies the same.

23.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies the same.

24.     Paragraph 24 purports to describe statements by the U.S. government, which speak for themselves, and any characterizations thereof are denied.  Insofar as any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies the same.

25.     Paragraph 25 purports to describe estimates by the United Nations, which speak for themselves, and any characterizations of such estimates are denied. Insofar as any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies the same.

26.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies the same.

27.     Bumble Bee admits that albacore tuna may be caught by longline vessels.  Insofar as Paragraph 27 contains further allegations, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies the same.

28.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies the same.

29.     Bumble Bee admits that fishing vessels may transfer their catches to refrigerated cargo vessels, which may receive shipment of supplies of fuel, food, and water at sea, and that such receipts or transfers may be referred to as transshipment. Bumble Bee denies the remaining allegations in Paragraph 29.

30.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies the same.

31.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies the same.

32.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies the same.

33.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies the same.

34.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies the same.

35.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies the same.

36.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies the same.

37.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies the same.

38.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies the same.

39.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies the same.

40.     Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies the same.

41.     Paragraph 41 purports to describe certain reports, which speak for themselves, and any characterization of such reports is denied.  To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 41 and therefore denies the same.

42.     Bumble Bee admits that Paragraph 42 purports to describe government reports, which speak for themselves, and any characterization thereof is denied.  To the extent that any further response is required, Bumble Bee lacks knowledge or

information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 42 and therefore denies the same.

43. Bumble Bee admits that Paragraph 43 purports to describe government reports, which speak for themselves, and any characterization thereof is denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 43 and therefore denies the same.

44. Bumble Bee admits that Paragraph 44 purports to describe a government report, which speaks for itself, and any characterization thereof is denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 44 and therefore denies the same.

45. Bumble Bee admits that Paragraph 45 purports to reference government reports, which speak for themselves, and all characterizations thereof are denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 45 and therefore denies the same.

46. Bumble Bee admits that Paragraph 46 purports to reference government reports, which speak for themselves, and all characterizations thereof are denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 46 and therefore denies the same.

47. Bumble Bee admits that Paragraph 47 purports to reference government reports, which speak for themselves, and all characterizations thereof are denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 47 and therefore denies the same.

48. Bumble Bee admits that Paragraph 48 purports to describe a government

report, which speaks for itself, and any characterization thereof is denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 48 and therefore denies the same.

49. Bumble Bee admits that Paragraph 49 purports to reference government reports, which speak for themselves, and all characterizations thereof are denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 49 and therefore denies the same.

50. Bumble Bee admits that Paragraph 50 purports to reference a government report, which speaks for itself, and all characterizations thereof are denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 50 and therefore denies the same.

51. Bumble Bee admits that Paragraph 51 purports to describe orders, which speak for themselves, and all characterizations thereof are denied. To the extent that any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 51 and therefore denies the same.

52. Bumble Bee admits that Paragraph 52 purports to describe an order, which speaks for itself, and all characterizations thereof are denied. Bumble Bee denies that the vessel referenced in Paragraph 52 supplied product to Bumble Bee.

53. Bumble Bee admits that Paragraph 53 and footnote 5 purport to reference a government press release, which speaks for itself, and all characterizations thereof are denied.

54. Bumble Bee admits that Paragraph 54 and footnote 6 purport to reference a government press release, which speaks for itself, and all characterizations thereof are denied.

55.   Bumble Bee admits that Paragraph 55 purports to reference a statute, which speaks for itself, and all characterizations thereof are denied.

56.   Bumble Bee admits that Paragraph 56 purports to reference a government report, which speaks for itself, and all characterizations thereof are denied.

57.   Bumble Bee admits that Paragraph 57 purports to reference a government report, which speaks for itself, and all characterizations thereof are denied.

58.   Bumble Bee admits that Paragraph 58 purports to reference a proposal by the U.S. Trade Representative, which speaks for itself, and all characterizations thereof are denied.  Insofar as any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies the same.

59.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies the same.

60.   Bumble Bee admits that Paragraph 60 purports to reference a report by the International Labour Office, which speaks for itself, and all characterizations thereof are denied.  Insofar as any further response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies the same.

61.   Bumble Bee admits that Paragraph 61 purports to reference various reports, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 61 and therefore denies the same.

62.   Bumble Bee admits that Paragraph 62 purports to reference a report from Greenpeace International, which speaks for itself, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62 and therefore denies

the same.

63.    Bumble Bee admits that Paragraph 63 purports to reference a report from Greenpeace East Asia (Taipei Office), which speaks for itself, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 63 and therefore denies the same.

64.    Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies the same.

65.    Bumble Bee admits that Paragraph 65 purports to reference various reports, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 65 and therefore denies the same.

66.    Bumble Bee admits that Paragraph 66 purports to reference various reports, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 66 and therefore denies the same.

67.    Bumble Bee admits that Paragraph 67 purports to reference various reports and publications, which speak for themselves, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 67 and therefore denies the same.

68.    Bumble Bee admits that Paragraph 68 purports to reference various articles, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68 and therefore denies the same.

69.    Bumble Bee admits that Paragraph 69 purports to reference an Associated Press article, which speaks for itself, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to

the truth of the remaining allegations in Paragraph 69 and therefore denies the same.

70.    Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies the same.

71.    Bumble Bee admits that the Associated Press won a Pulitzer Prize in the Public Service Category in connection with reporting concerning alleged labor abuses in the seafood industry.    Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 71 and therefore denies the same.

72.    Bumble Bee admits that Paragraph 72 purports to reference a New York Times article, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 72 and therefore denies the same.

73.    Bumble Bee admits that Paragraph 73 purports to reference a New York Times article, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 73 and therefore denies the same.

74.    Bumble Bee admits that Paragraph 74 purports to reference various unspecified articles, which speak for themselves, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 74 and therefore denies the same.

75.    Bumble Bee admits that Paragraph 75 purports to reference various unspecified articles, which speak for themselves, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 75 and therefore denies the same.

76.    Bumble Bee admits that Paragraph 76 purports to reference a Guardian article, which speaks for itself, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 76 and therefore denies the same.

77.    Bumble Bee admits that Paragraph 77 purports to reference various unspecified articles, which speak for themselves, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 77 and therefore denies the same.

78.    Bumble Bee admits that Paragraph 78 purports to reference various unspecified allegations, which speak for themselves, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief concerning what the unspecified allegations are, and thus also whether Bumble Bee knows of them, and therefore denies the same.

79.    Bumble Bee admits that Paragraph 79 purports to reference a report from Greenpeace USA, which speaks for itself, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 79 and therefore denies the same.

80.    Bumble Bee admits that Paragraph 80 purports to reference a report from Greenpeace East Asia (Taipei Office) and a response thereto by Max Chou, which speak for themselves, and all characterizations thereof are denied.

81.    Bumble Bee admits that Paragraph 81 purports to reference a report from Greenpeace Southeast Asia and the Indonesian Migrant Workers Union, which speaks for itself, and all characterizations thereof are denied.  Bumble Bee denies the allegations in the last sentence of Paragraph 81.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 81 and therefore denies the same.

82.    Bumble Bee admits that Paragraph 82 purports to reference a 2020 report from Greenpeace East Asia (Taipei Office), which Bumble Bee states speaks for itself, and all characterizations thereof are denied.  Bumble Bee admits that, since its formation in November 2019, it has been wholly owned by FCF Co. Ltd. ("FCF") and that FCF supplies tuna to Bumble Bee.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

Paragraph 82 and therefore denies the same.

83.    Bumble Bee admits that Paragraph 83 purports to reference a Greenpeace blog post, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 83 and therefore denies the same.

84.    Bumble Bee admits that Paragraph 84 purports to reference communications between Greenpeace USA and former Bumble Bee executives, which communications speak for themselves, and all characterizations thereof are denied.

85.    Bumble Bee admits that Paragraph 85 and footnote 7 purport to reference an order issued by U.S. Customs and Border Protection, which speaks for itself, and all characterizations thereof are denied. Bumble Bee denies that the vessel referenced in Paragraph 85 supplied product to Bumble Bee.

86.    Bumble Bee admits the allegations in the first sentence of Paragraph 86. Bumble Bee admits that the second sentence of Paragraph 86 purports to reference a statement issued in August 2020, which speaks for itself, and all characterizations thereof are denied. Bumble Bee denies any remaining allegations in Paragraph 86.

87.    Bumble Bee admits that Paragraph 87 purports to reference a "finding" from CBP, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 87 and therefore denies the same.

88.    Bumble Bee admits that it was aware of the CBP withhold release order, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 88 and therefore denies the same.

89.    Bumble Bee admits that Paragraph 89 purports to reference a petition, which speaks for itself, and all characterizations thereof are denied. Bumble Bee admits that the second sentence of Paragraph 89 purports to reference

communications between Greenpeace USA and Bumble Bee, which communications speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 89 and therefore denies the same.

90. Bumble Bee admits that the first sentence of Paragraph 90 purports to reference a report by Greenpeace Southeast Asia and SBMI, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the first sentence of Paragraph 90 and therefore denies the same. Bumble Bee denies the allegations in the second sentence in Paragraph 90.

91. Bumble Bee admits that Paragraph 91 purports to reference a complaint filed in the District of Columbia Superior Court, which speaks for itself, and all characterizations thereof are denied.

92. Bumble Bee admits that Paragraph 92 purports to reference a settlement agreement that Bumble Bee entered with respect to a lawsuit filed in the District of Columbia Superior Court, which speaks for itself, and all characterizations thereof are denied.

93. Bumble Bee admits that Paragraph 93 purports to reference a 2022 report from Greenpeace East Asia (Taipei Office), which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 93 and therefore denies the same.

94. Bumble Bee admits that Paragraph 94 purports to reference communications from Greenpeace USA, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 94 and therefore denies the same.

95. Bumble Bee admits that Paragraph 95 purports to reference

communications between Greenpeace USA and unnamed Bumble Bee representatives, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 95 and therefore denies the same.

96. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies the same.

97. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and therefore denies the same.

98. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies the same.

99. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and therefore denies the same.

100. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and therefore denies the same.

101. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and therefore denies the same.

102. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and therefore denies the same.

103. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 and therefore denies the same.

104. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and therefore denies the same.

105. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and therefore denies the same.

106. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and therefore denies the same.

107. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 and therefore denies the same.

108.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and therefore denies the same.

109.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and therefore denies the same.

110.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and therefore denies the same.

111.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and therefore denies the same.

112.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies the same.

113.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 and therefore denies the same.

114.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 and therefore denies the same.

115.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and therefore denies the same.

116.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 and therefore denies the same.

117.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 and therefore denies the same.

118.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and therefore denies the same.

119.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 and therefore denies the same.

120.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 and therefore denies the same.

121.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies the same.

122. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 and therefore denies the same.

123. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and therefore denies the same.

124. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 and therefore denies the same.

125. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and therefore denies the same.

126. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and therefore denies the same.

127. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 and therefore denies the same.

128. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and therefore denies the same.

129. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and therefore denies the same.

130. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and therefore denies the same.

131. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and therefore denies the same.

132. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and therefore denies the same.

133. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and therefore denies the same.

134. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and therefore denies the same.

135. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and therefore denies the same.

136. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and therefore denies the same.

137. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and therefore denies the same.

138. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and therefore denies the same.

139. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 and therefore denies the same.

140. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and therefore denies the same.

141. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and therefore denies the same.

142. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies the same.

143. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and therefore denies the same.

144. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 and therefore denies the same.

145. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and therefore denies the same.

146. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and therefore denies the same.

147. Bumble Bee admits that it sells a leading brand of albacore tuna. Bumble Bee denies the remaining allegations in Paragraph 147.

148. Bumble Bee admits that FCF is an integrated supply chain service provider for marine products.

149. Bumble Bee admits that Paragraph 149 purports to reference statements by an unnamed Bumble Bee executive, which speak for themselves, and all

characterizations thereof are denied.

150.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 and therefore denies the same.

151.   Bumble Bee admits that FCF is a supplier to Bumble Bee and that Paragraph 151 purports to reference sworn statements by Bumble Bee's then-CFO in 2019, which speak for themselves, and all characterizations thereof are denied. Bumble Bee denies the remaining allegations in Paragraph 151.

152.   Bumble Bee states that since its formation in November of 2019, Bumble Bee has been wholly owned by FCF.  Bumble Bee denies the remaining allegations in Paragraph 152.

153.   Bumble Bee admits that Paragraph 153 purports to reference statements by FCF, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of any further allegations in Paragraph 153 and therefore denies the same.

154.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and therefore denies the same.

155.   Bumble Bee admits the allegations in Paragraph 155.

156.   Bumble Bee admits that Jerry Chou served as the Interim CEO of Bumble Bee between 2022 and 2024, that he is currently the chairman of Bumble Bee's board of directors, and that he is the brother of Max Chou.  Bumble Bee denies the remaining allegations in Paragraph 156.

157.   Bumble Bee denies the allegations in Paragraph 157.

158.   Bumble Bee denies the allegations in Paragraph 158.

159.   Bumble Bee denies the allegations in Paragraph 159.

160.   Bumble Bee denies the allegations in Paragraph 160.

161.   Bumble Bee denies the allegations in Paragraph 161.

162.   Bumble Bee denies the allegations in Paragraph 162.

163.   Bumble Bee lacks knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 163 and therefore denies the same.

164. Bumble Bee denies the allegations in Paragraph 164.

165. Bumble Bee admits that it has purchased albacore tuna from PAFCO. Bumble Bee denies the remaining allegations in Paragraph 165.

166. Bumble Bee denies the allegations in Paragraph 166.

167. Bumble Bee denies the allegations in Paragraph 167.

168. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 and therefore denies the same.

169. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 169 and therefore denies the same. Bumble Bee admits that the second sentence of Paragraph 169 purports to reference a statement by FCF, which speaks for itself, and all characterizations thereof are denied.

170. Bumble Bee admits that it sources albacore tuna from FCF but denies all remaining allegations in Paragraph 170.

171. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 and therefore denies the same.

172. Bumble Bee denies the allegations in Paragraph 172.

173. Bumble Bee admits that the third and fourth sentences of Paragraph 173 purport to reference statements by FCF and Bumble Bee, respectively, which statements speak for themselves, and all characterizations thereof are denied. Bumble Bee denies the remaining allegations in Paragraph 173.

174. Bumble Bee admits that Paragraph 174 purports to reference statements by FCF, which speak for themselves, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 174 and therefore denies the same.

175. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 and therefore denies the same.

176. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 and therefore denies the same.

177. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 and therefore denies the same.

178. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and therefore denies the same.

179. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 and therefore denies the same.

180. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and therefore denies the same.

181. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and therefore denies the same.

182. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and therefore denies the same.

183. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and therefore denies the same.

184. Bumble Bee admits that the first sentence of Paragraph 184 purports to describe a statement by FCF, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the first sentence of Paragraph 184 and therefore denies the same. Bumble Bee admits that it and FCF have participated in training sessions with vessel owners as part of fishery improvement projects but denies the remaining allegations of the second sentence of Paragraph 184.

185. Bumble Bee admits that Paragraph 185 purports to describe a statement by FCF, which speaks for itself, and all characterizations thereof are denied.

186. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and therefore denies the same.

187. Bumble Bee lacks knowledge or information sufficient to form a belief

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT BUMBLE BEE FOODS, LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 3:25-cv-00583-BAS-DEB

as to the truth of the allegations in Paragraph 187 and therefore denies the same.

188.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and therefore denies the same.

189.   Bumble Bee admits that Paragraph 189 purports to describe a letter written by an unspecified subsidiary of FCF, which speaks for itself, and all characterizations thereof are denied.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 189 and therefore denies the same.

190.   Bumble Bee admits that Paragraph 190 purports to describe correspondence between an unspecified subsidiary of FCF and unspecified Singapore authorities, which speaks for itself, and all characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 190 and therefore denies the same.

191.   Bumble Bee denies that Raymond Clark holds dual roles at Bumble Bee and FCF.  Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 191 and therefore denies the same.

192.   Bumble Bee denies the allegations in Paragraph 192.

193.   Bumble Bee denies the allegations in Paragraph 193.

194.   Bumble Bee admits that its website has a "Trace My Catch" feature that allows users to enter a "can code" to access the best information available to Bumble Bee concerning the tuna in particular cans, including the identity of the vessel that harvested the tuna.  Bumble Bee denies all remaining allegations in Paragraph 194.

195.   Bumble Bee denies the allegations in Paragraph 195.

196.   Bumble Bee admits that it obtains certain data from FCF concerning the tuna that it sells, which includes vessel trip dates, port of landing, and the region of the ocean from which the fish is sourced.  Bumble Bee further admits that its website contains information about the typical weight of fish by species.  Bumble Bee lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 196 and therefore denies the same.

197.   Bumble Bee denies the allegations in Paragraph 197.

198.   Bumble Bee denies the allegations in Paragraph 198.

199.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and therefore denies the same.

200.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and therefore denies the same.

201.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and therefore denies the same.

202.   Bumble Bee denies the allegations in Paragraph 202.

203.   Bumble Bee denies the allegations in Paragraph 203.

204.   Bumble Bee admits that it previously purchased albacore tuna from FCF that originally came from Lu Rong Yuan Yu 878, and that this albacore tuna was then used to make Bumble Bee products.  Bumble Bee denies any remaining allegations in Paragraph 204.

205.   Bumble Bee denies the allegations in Paragraph 205.

206.   Bumble Bee denies the allegations in Paragraph 206.

207.   Bumble Bee denies the allegations in Paragraph 207.

208.   Bumble Bee admits that it previously purchased albacore tuna from FCF that originally came from Lu Rong Yuan Yu 211 and Run Da 5, and that this albacore tuna was then used to make Bumble Bee products.  Bumble Bee denies any remaining allegations in Paragraph 208.

209.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and therefore denies the same.

210.   Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and therefore denies the same.

211.   Bumble Bee lacks knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 211 and therefore denies the same.

212. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and therefore denies the same.

213. Bumble Bee denies that the vessels referenced in Paragraph 213 exclusively or directly supply to Bumble Bee. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 213 and therefore denies the same.

214. Bumble Bee denies that the vessels referenced in Paragraph 214 supply tuna directly to Bumble Bee. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 214 and therefore denies the same.

215. Bumble Bee denies the allegations in Paragraph 215.

216. Bumble Bee denies the allegations in Paragraph 216.

217. Bumble Bee denies the allegations in Paragraph 217.

218. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and therefore denies the same.

219. Bumble Bee denies the allegations in Paragraph 219.

220. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 and therefore denies the same.

221. Bumble Bee denies the allegations in Paragraph 221.

222. Bumble Bee denies the allegations in Paragraph 222.

223. Bumble Bee denies the allegations in Paragraph 223.

224. Bumble Bee denies the allegations in Paragraph 224.

225. Bumble Bee states that vessels that choose to participate in a FIP are required to abide by FIP guidelines. Bumble Bee denies the remaining allegations in Paragraph 225.

226. Bumble Bee denies the allegations in Paragraph 226.

227. Bumble Bee denies the allegations in the first sentence of Paragraph

227. Bumble Bee admits that Bumble Bee and FCF representatives participated in a 2020 workshop for vessel owners that discussed environmental best practices for tuna fishing, including but not limited to the topics listed in the second sentence of Paragraph 227.

228. Bumble Bee denies the allegations in Paragraph 228.

229. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and therefore denies the same.

230. Bumble Bee admits that Paragraph 230 purports to describe a report by FCF, which speaks for itself, and any characterization thereof is denied.

231. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and therefore denies the same.

232. Bumble Bee denies the allegations in Paragraph 232.

233. Bumble Bee denies the allegations in Paragraph 233.

234. Bumble Bee denies the allegations in Paragraph 234.

235. Bumble Bee denies the allegations in Paragraph 235.

236. Bumble Bee denies the allegations in Paragraph 236.

237. Bumble Bee denies the allegations in Paragraph 237.

238. Bumble Bee denies the allegations in Paragraph 238.

239. Bumble Bee admits that Paragraph 239 purports to describe a report by the Seafood Stewardship Index, which speaks for itself, and any characterization thereof is denied.

240. Bumble Bee admits that Paragraph 240 purports to describe a report by the Seafood Stewardship Index, which speaks for itself, and any characterization thereof is denied.

241. Bumble Bee admits that Paragraph 241 purports to reference reports by Greenpeace East Asia (Taipei Office), which speak for themselves, and any characterizations thereof are denied. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph

241 and therefore denies the same.

242. Bumble Bee denies the allegations in Paragraph 242.

243. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 and therefore denies the same.

244. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 and therefore denies the same.

245. Bumble Bee denies the allegations in Paragraph 245.

246. Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 and therefore denies the same.

247. Bumble Bee admits that Paragraph 247 purports to describe a Company Update by FCF, which speaks for itself, and any characterization thereof is denied.

248. Bumble Bee admits that Paragraph 248 purports to describe statements by an unnamed Bumble Bee executive, which speak for themselves, and any characterization thereof is denied.

249. Bumble Bee admits that Paragraph 249 purports to describe a settlement agreement, which speaks for itself, and any characterization thereof is denied.

250. Bumble Bee admits that Paragraph 250 purports to describe a "Self-Evaluation of Risk Criteria" submission, which speaks for itself, and any characterization thereof is denied.

251. Bumble Bee admits that Paragraph 251 purports to describe a "Self-Evaluation of Risk Criteria" submission, which speaks for itself, and any characterization thereof is denied.

252. The allegations in Paragraph 252 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee denies the allegations in Paragraph 252.

253. The allegations in Paragraph 253 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 253 and therefore denies the same.

254. The allegations in Paragraph 254 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 and therefore denies the same.

255. The allegations in Paragraph 255 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee denies the allegations in the first and sixth sentences of Paragraph 255, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 255 and therefore denies the same.

256. The allegations in Paragraph 256 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 and therefore denies the same.

257. The allegations in Paragraph 257 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee denies the allegations in Paragraph 257 insofar as they discuss conduct by Bumble Bee, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 257 and therefore denies the same.

258. The allegations in Paragraph 258 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee denies the allegations in Paragraph 258.

259. The allegations in Paragraph 259 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee denies the allegations in Paragraph 259.

260. The allegations in Paragraph 260 relate to a claim that has been dismissed, and no response is required. To the extent a response is required, Bumble Bee denies the allegations in Paragraph 260.

261.    The allegations in Paragraph 261 relate to a claim that has been dismissed, and no response is required.  To the extent a response is required, Bumble Bee lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 and therefore denies the same.

## CAUSES OF ACTION

## COUNT I

*Violations of the Trafficking Victims Protection Reauthorization Act*

*("TVPRA")*

*18 U.S.C. §§ 1589, 1595*

262.    Bumble Bee incorporates each of its responses to the allegations in the paragraphs above as if fully set forth herein.

263.    The allegations in Paragraph 263 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 263.

264.    The allegations in Paragraph 264 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 264.

265.    The allegations in Paragraph 265 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 265.

266.    The allegations in Paragraph 266 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 266.

267.    The allegations in Paragraph 267 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 267.

268.    The allegations in Paragraph 268 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee

denies the allegations in Paragraph 268.

269.   The allegations in Paragraph 269 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 269.

270.   The allegations in Paragraph 270 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 270.

271.   Bumble Bee admits that Plaintiffs purport to seek damages and attorneys' fees, but denies that Plaintiffs are entitled to any relief.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 271.

272.   The allegations in Paragraph 272 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 272.

## COUNT II

### *Negligence*

### *Calif. Civ. Code § 1714*

273.   In response to Paragraph 273, Bumble Bee incorporates each of its responses to the allegations in the paragraphs above as if fully set forth herein.

274.   The allegations in Paragraph 274 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 274.

275.   The allegations in Paragraph 275 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 275.

276.   The allegations in Paragraph 276 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 276.

277.   The allegations in Paragraph 277 are conclusions of law or argument for

which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 277.

278.   The allegations in Paragraph 278 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 278.

279.   The allegations in Paragraph 279 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 279.

280.   The allegations in Paragraph 280 are conclusions of law or argument for which no response is required.  To the extent a response is required, Bumble Bee denies the allegations in Paragraph 280.

## PRAYER FOR RELIEF

281.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 281.

282.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 282.

283.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 283.

284.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 284.

285.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 285.

286.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 286.

287.   Bumble Bee denies that Plaintiffs are entitled to any relief.  To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 287.

288.   Paragraph 288 relates to a claim that has been dismissed, and no response is required.  To the extent a response is required, Bumble Bee denies that

Plaintiffs are entitled to any relief, and denies the allegations in Paragraph 288.

289. Bumble Bee denies that Plaintiffs are entitled to any relief. To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 289.

290. Bumble Bee denies that Plaintiffs are entitled to any relief. To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 290. To the extent Bumble Bee has not specifically admitted any allegation herein, it is denied.

## JURY DEMAND

291. Paragraph 291 sets forth Plaintiffs' jury demand, to which no response is required. To the extent any further response is required, Bumble Bee denies the allegations in Paragraph 291.

## AFFIRMATIVE DEFENSES

Bumble Bee, based on the facts and information known to date and subject to amendment following further investigation of the facts and proceedings in this action, without assuming the burden of proof on any issue for which Plaintiffs bear the burden of proof, and without waiver of any rights, privileges, or defenses, states its affirmative defenses as follows:

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted against Bumble Bee under the Trafficking Victims Protection Reauthorization Act ("TVPRA") and California negligence law because, among other things: (1) Plaintiffs do not plausibly allege that Bumble Bee had knowledge of forced labor on the vessels where Plaintiffs worked; (2) Plaintiffs do not plausibly allege that Bumble Bee participated in a venture; (3) Plaintiffs' TVPRA claim is impermissibly extraterritorial; (4) Plaintiffs have failed to adequately plead a negligence claim, including because Bumble Bee did not have a duty to control the conduct of another nor to warn Plaintiffs endangered by such conduct; and (5) the Court should decline to exercise supplemental jurisdiction over Plaintiffs' California negligence claim.

Case 3:25-cv-00583-BAS-DEB   Document 57   Filed 06/10/26   PageID.622   Page 31 of 34

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any relief because Bumble Bee has not engaged in any conduct that is a violation of any law or regulation.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing, statutory standing, and/or injury in fact.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' TVPRA claims are barred because all of the alleged conduct occurred outside of the United States and the TVPRA's civil remedy provision does not apply to extraterritorial conduct.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' TVPRA claims are barred to the extent that Plaintiffs did not experience forced labor.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Bumble Bee owed no duty to Plaintiffs, including because no special relationship exists to confer any duty, Plaintiffs' alleged harm was not foreseeable under *Rowland v. Christian*, 69 Cal. Rptr. 2d 108 (1968), and Bumble Bee's conduct did not amount to misfeasance.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent the alleged conduct occurred outside the applicable limitations period.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because any injury alleged in the Amended Complaint was actually or proximately caused by the acts or omissions of others, and not by Bumble Bee.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent that their alleged injuries and damages were actually or proximately caused by Plaintiffs' own prior, intervening,

ATTORNEYS AT LAW
LOS ANGELES

- 30 -

DEFENDANT BUMBLE BEE FOODS, LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 3:25-cv-00583-BAS-DEB

or superseding conduct.

## TENTH AFFIRMATIVE DEFENSE

Any damage, loss, or liability sustained by Plaintiffs must be reduced, diminished, and/or barred in proportion to the wrongful conduct of persons or entities other than Bumble Bee, including third parties, under the principle of equitable allocation, recoupment, set-off, proportionate responsibility, and/or comparative fault.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because the alleged damages sought are too speculative or uncertain.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to damages from Bumble Bee under any theory of liability alleged in the Amended Complaint, whether monetary damages, consequential damages, damages for pain and suffering, damages for physical harm, and/or punitive and exemplary damages.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to an award of costs, penalties, or attorneys' fees under any theory alleged in the Amended Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

If Plaintiffs recover any damages, such award must be reduced by all damages attributable to Plaintiffs' failure to take appropriate action and mitigate damages prior to and subsequent to the institution of this action.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part, because of, and to the extent that, any relief or recovery would unjustly enrich or constitute a windfall to Plaintiffs.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Bumble Bee at all times acted in good faith and its activities conformed with all applicable state and

federal statutes, regulations, and industry standards.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to name necessary and indispensable parties.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrines of waiver, laches, and estoppel.

## NINETEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs' claims or the issues raised by Plaintiffs' claims have been previously litigated, Plaintiffs' claims are barred, in whole or in part, from any recovery under the doctrines of res judicata and/or collateral estoppel.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent they have been released through settlement in any prior litigation.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent Plaintiffs seek excessive statutory or punitive damages in violation of the Due Process Clause.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

To the extent that any of Plaintiffs' claims are based on a theory providing for liability without proof of causation, the claims violate Bumble Bee's rights under the United States Constitution.

Bumble Bee reserves the right to supplement this Answer with additional defenses that become available or apparent during the course of investigation, preparation, or discovery and to amend the Answer accordingly, up to and including the time of trial.

Respectfully submitted,

Dated:  June 10, 2026

HOGAN LOVELLS US LLP

By:   */s/ Vassi Iliadis*
Vassi Iliadis

*Counsel for Defendant*
Bumble Bee Foods, LLC

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT BUMBLE BEE FOODS, LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 3:25-cv-00583-BAS-DEB