Agnieszka M. Fryszman [DC Bar No. 459208]
*pro hac vice*
Nicholas J. Jacques [DC Bar No. 1673121]
*pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
202-408-4600

Paul L. Hoffman [CA Bar No. 071244]
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP**
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
424-297-0114

*Attorneys for Plaintiffs*

*[Additional Counsel Continued on Next Page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Akhmad; Angga; Muhammad Sahrudin; and Muhammad Syafi'i,<br><br>                                    Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC<br>280 10th Avenue,<br>San Diego, CA 92101<br><br>                                    Defendant. | Case No.:  3:25-cv-00583-BAS-DEB<br><br>**CONSENT MOTION TO EXCUSE INDIVIDUAL PLAINTIFFS FROM ENE/CMC**<br><br>Judge: Hon. Daniel E. Butcher<br>Courtroom: 2B<br><br>Action Filed: March 12, 2025 |

CONSENT MOTION TO EXCUSE INDIVIDUAL PLAINTIFFS FROM ENE/CMC
Case No.: 3:25-cv-00583-BAS-DEB

*[Additional Counsel Cont. from previous page]*

Helen I. Zeldes [CA Bar No. 220051]
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
619-400-4990

Marco Simons [CA Bar No. 237314
Asia Arminio |DC Bar No. 996077|
*pro hac vice*
**GREENPEACE, INC.**
1300 Eye Street NW, Suite 1100
Washington, DC 20005
202-462-1177

## I.     MOTION

Undersigned counsel respectfully requests that the individual Plaintiffs in this matter be excused from attending the Early Neutral Evaluation (ENE) and Case Management Conference (CMC), currently set for August 4, 2026, at 9:00 AM via Zoom videoconference. Dkt. 61, Order.

This motion is unopposed. Plaintiffs' counsel met and conferred with Defense counsel. Bumble Bee consented to this motion, provided the clients will be available by phone, which they will be.

The Court is authorized to excuse attendees for "good cause shown." CivLR 16.1(c)(1)(c).

The Plaintiffs are Indonesian citizens who reside on the Indonesian islands of Java and Kalimantan. The time in Indonesia is fourteen hours ahead of Pacific Daylight Time. At 9:00 AM, it will be 11:00 PM in the parts of Indonesia where Plaintiffs live. At the moment, Indonesia is suffering rolling blackouts, unpredictably knocking power out for days at a time in regions of Indonesia, including Java and Kalimantan. *See* Joseph Rachman, *Indonesia's Blackouts Are Prabowo's Latest Problem*, Foreign Pol'y (July 1, 2026), https://foreignpolicy.com/2026/07/01/indonesia-blackouts-prabowo-coal/ [https://web.archive.org/web/20260715145926/https://foreignpolicy.com/2026/07/01/indonesia-blackouts-prabowo-coal/]. Together, these issues create good cause for excusing Plaintiffs from attendance at the ENE conference.

Plaintiffs' Counsel will be appearing with full authority to discuss the case, engage in settlement discussions and enter into a settlement, and, if the parties proceed to a CMC, to discuss future scheduling. Plaintiffs can also be on standby to receive a telephone call, a solution other courts have found acceptable. *See, e.g.*, *Czudar v. Pro-Vigil, Inc.*, No. 219CV01784GMNNJK, 2020 WL 1150109, at *1 (D. Nev. Mar. 6, 2020). Therefore, excusing the individual Plaintiffs from appearing will not present an impediment to proceeding through the agenda items for the ENE/CMC as outlined in the Court's order.

**CONSENT MOTION TO EXCUSE INDIVIDUAL PLAINTIFFS FROM ENE/CMC**
Case No.: 3:25-cv-00583-BAS-DEB

## II.    CONCLUSION

For the above reasons, the individual Plaintiffs respectfully request that they be excused from appearing at the ENE/CMC.


Dated: July 16, 2026                    Respectfully submitted,


COHEN MILSTEIN SELLERS & TOLL LLP

By: */s/ Agnieszka M. Fryszman*
Agnieszka M. Fryszman

*Counsel for Plaintiffs*

**CONSENT MOTION TO EXCUSE INDIVIDUAL PLAINTIFFS FROM ENE/CMC**
Case No.: 3:25-cv-00583-BAS-DEB