**HOGAN LOVELLS**
**CADWALADER US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4640
Facsimile:  (310) 785-4601
vassi.iliadis@hlc.com

CRAIG A. HOOVER (Bar No. 113965)
DAVID M. FOSTER
(admitted pro hac vice) (D.C. Bar No. 497981)
DANIELLE DESAULNIERS STEMPEL
(admitted pro hac vice) (D.C. Bar No. 1658137)
CHRISTINE A. SIFFERMAN
(admitted pro hac vice) (D.C. Bar No. 1613936)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5694
Facsimile:  (202) 637-5910
craig.hoover@hlc.com
david.foster@hlc.com
danielle.stempel@hlc.com
christine.sifferman@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I, | Case No. 3:25-cv-00583-BAS-DEB |
| Plaintiffs, | Action Filed:  March 12, 2025 |
| | The Honorable Cynthia Bashant |
| v. | **NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION** |
| BUMBLE BEE FOODS, LLC, | |
| Defendant. | |

HOGAN LOVELLS
CADWALADER US
LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION
Case No. 3:25-cv-00583-BAS-DEB

**PLEASE TAKE NOTICE** of a law firm name change and updated contact information for the following counsel for Defendant Bumble Bee Foods, LLC:

Vassi Iliadis
**HOGAN LOVELLS**
**CADWALADER US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4640
Facsimile:  (310) 785-4601
vassi.iliadis@hlc.com

Craig A. Hoover
David M. Foster
Danielle Desaulniers Stempel
Christine A. Sifferman
Dana A. Raphael
**HOGAN LOVELLS**
**CADWALADER US LLP**
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
craig.hoover@hlc.com
david.foster@hlc.com
danielle.stempel@hlc.com
christine.sifferman@hlc.com
dana.raphael@hlc.com

Respectfully submitted,

HOGAN LOVELLS
CADWALADER US LLP

Dated: July 24, 2026          By:  */s/ Vassi Iliadis*
                                   Vassi Iliadis

                                   *Counsel for Defendant,*
                                   Bumble Bee Foods, LLC

HOGAN LOVELLS
CADWALADER US
LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION
Case No. 3:25-cv-00583-BAS-DEB