**HOGAN LOVELLS**
**CADWALADER US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4640
Facsimile:  (310) 785-4601
vassi.iliadis@hlc.com

CRAIG A. HOOVER (Bar No. 113965)
DAVID M. FOSTER
(admitted pro hac vice) (D.C. Bar No. 497981)
DANIELLE DESAULNIERS STEMPEL
(admitted pro hac vice) (D.C. Bar No. 1658137)
CHRISTINE A. SIFFERMAN
(admitted pro hac vice) (D.C. Bar No. 1613936)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5694
Facsimile:  (202) 637-5910
craig.hoover@hlc.com
david.foster@hlc.com
danielle.stempel@hlc.com
christine.sifferman@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I, | Case No. 3:25-cv-00583-BAS-DEB |
| Plaintiffs, | Action Filed:  March 12, 2025 |
| v. | The Honorable Cynthia Bashant |
| BUMBLE BEE FOODS, LLC, | **NOTICE OF WITHDRAWAL OF CRAIG A. HOOVER** |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Craig A. Hoover of Hogan Lovells Cadwalader US LLP hereby withdraws his appearance as counsel for Defendant Bumble Bee Foods, LLC in this action. Defendant will continue to be represented by Vassi Iliadis, David M. Foster, Danielle Desaulniers Stempel, Christine A. Sifferman, and Dana A. Raphael, all of Hogan Lovells Cadwalader US LLP.

Respectfully submitted,

HOGAN LOVELLS
CADWALADER US LLP

Dated: July 24, 2026      By:   */s/ Craig A. Hoover*
             Craig A. Hoover

             *Counsel for Defendant,*
             Bumble Bee Foods, LLC