Agnieszka M. Fryszman [DC Bar No. 459208]
*pro hac vice*
Nicholas J. Jacques [DC Bar No. 1673121]
*pro hac vice*
Jordan Murov-Goodman [Wash. Bar No. 59074]
*pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
202-408-4600

*Attorneys for Plaintiffs*

**HOGAN LOVELLS CADWALADER US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4640
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

*[Additional Counsel listed on following page]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I,

Plaintiffs,

v.

BUMBLE BEE FOODS, LLC,

Defendant.

Case No. 3:25-cv-00583-BAS-DEB

Action Filed: March 12, 2025

The Honorable Cynthia Bashant

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Paul L. Hoffman [CA Bar No. 071244]
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
424-297-0114

Helen I. Zeldes [CA Bar No. 220051]
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
619-400-4990

Marco Simons [CA Bar No. 237314
Asia Arminio |DC Bar No. 996077|
*pro hac vice*
**GREENPEACE, INC.**
1300 Eye Street NW, Suite 1100
Washington, DC 20005
202-462-1177

*Attorneys for Plaintiffs*

**HOGAN LOVELLS CADWALADER US LLP**
DAVID M. FOSTER (admitted pro hac vice) (D.C. Bar No. 497981)
DANIELLE DESAULNIERS STEMPEL (admitted pro hac vice)
(D.C. Bar No. 1658137)
CHRISTINE A. SIFFERMAN (admitted pro hac vice) (D.C. Bar No. 1613936)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5694
Facsimile: (202) 637-5910
david.foster@hlc.com
danielle.stempel@hlc.com
christine.sifferman@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Akhmad, Angga, Muhammad Sahrudin, and Muhammad Syafi'i (collectively, "Plaintiffs") and Defendant Bumble Bee Foods, LLC ("Bumble Bee" and together with Plaintiffs, the "Parties"), by and through their counsel of record, respectfully request that the Court enter the attached Stipulated Protective Order to govern the disclosure of confidential and/or proprietary materials that the Parties expect to produce in the course of discovery in this litigation.

In support of their request, the Parties state as follows:

1. Good cause exists for entering the Parties' Stipulated Protective Order, attached hereto as Exhibit A and emailed to Chambers in accordance with Magistrate Judge Butcher's Civil Chambers Rules. The Parties agree that the entry of a Protective Order is necessary to protect the confidential information of both the Parties and non-parties from whom discovery will be sought.[1]

2. During the course of discovery, the Parties expect to produce documents and information that may warrant confidential treatment, including, but not limited to, commercially sensitive information belonging to Bumble Bee, commercially sensitive information belonging to non-parties, and protected health and personally identifiable information from the Plaintiffs. These are documents that would not ordinarily be disclosed to the public and that, if disclosed, could cause personal, professional, commercial, and/or economic injury. As a result, entry of the proposed Protective Order is in the interests of justice and judicial efficiency.

3. The Parties prepared the attached Stipulated Protective Order to formalize their agreement. The Stipulated Protective Order is based on the Southern District of California's Model Protective Order and inserts the clauses specified in Magistrate Judge Butcher's Civil Chamber Rules. Any additional proposed changes are based on

[1] Plaintiffs agree to the Stipulated Protective Order with the understanding that Plaintiffs do not waive their position that the Ninth Circuit's "good cause" standard applies to confidentiality designations and thus that the Parties may challenge confidentiality designations that do not meet that standard.

counsel's experience with similar cases and are designed to govern situations that counsel anticipate could arise in this litigation, including, but not limited to, the filing of documents provisionally under seal and the claw-back of accidentally-produced privileged information.

For good cause shown under Federal Rule of Civil Procedure 26(c), the Parties respectfully request that the Court enter the attached Stipulated Protective Order.

Dated: August 18, 2026

**COHEN MILSTEIN SELLERS & TOLL LLP**

By: *<u>/s/ Jordan Murov-Goodman</u>*
Agnieszka M. Fryszman [DC Bar No. 459208]
*pro hac vice*
Nicholas J. Jacques [DC Bar No. 1673121]
*pro hac vice*
Jordan Murov-Goodman [WSBA No. 59074]
*pro hac vice*
1100 New York Ave. NW, Suite 800
Washington, DC 20005
202-408-4600
*Attorneys for Plaintiffs*

**HOGAN LOVELLS CADWALADER US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4640
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC