Agnieszka M. Fryszman [DC Bar No. 459208]
*pro hac vice*
Nicholas J. Jacques [DC Bar No. 1673121]
*pro hac vice*
Jordan Murov-Goodman [Wash. Bar No. 59074]
*pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
202-408-4600

*Attorneys for Plaintiffs*

**HOGAN LOVELLS CADWALADER US LLP**
VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4640
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

*[Additional Counsel listed on following page]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKHMAD; ANGGA; MUHAMMAD SAHRUDIN; and MUHAMMAD SYAFI'I,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | Case No. 3:25-cv-00583-BAS-DEB<br><br>Action Filed: March 12, 2025<br><br>The Honorable Cynthia Bashant<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ESI PROTOCOL** |

Paul L. Hoffman [CA Bar No. 071244]
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
424-297-0114

Helen I. Zeldes [CA Bar No. 220051]
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
619-400-4990

Marco Simons [CA Bar No. 237314
Asia Arminio |DC Bar No. 996077|
*pro hac vice*
**GREENPEACE, INC.**
1300 Eye Street NW, Suite 1100
Washington, DC 20005
202-462-1177

*Attorneys for Plaintiffs*

**HOGAN LOVELLS CADWALADER US LLP**
DAVID M. FOSTER (admitted pro hac vice) (D.C. Bar No. 497981)
DANIELLE DESAULNIERS STEMPEL (admitted pro hac vice) (D.C. Bar No. 1658137)
CHRISTINE A. SIFFERMAN (admitted pro hac vice) (D.C. Bar No. 1613936)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5694
Facsimile: (202) 637-5910
david.foster@hlc.com
danielle.stempel@hlc.com
christine.sifferman@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC

Pursuant to the provisions of Rule 34 of the Federal Rules of Civil Procedure permitting the parties to specify the form or forms in which documents are to be produced, Plaintiffs Akhmad, Angga, Muhammad Sahrudin, and Muhammad Syafi'i (collectively, "Plaintiffs") and Defendant Bumble Bee Foods, LLC ("Bumble Bee" and together with Plaintiffs, the "Parties"), by and through their counsel of record, respectfully request that the Court enter the Parties' Stipulated ESI to govern the manner and format of ESI production in this case, which the parties have lodged with the Court via email in Microsoft Word format. The Parties met and conferred extensively to come to agreement upon the terms set forth in their Stipulated ESI Protocol, and they agree this Protocol should govern production in this case in order to promote efficiency and avoid disputes concerning the manner of production. *See, e.g.*, *Leon v. Am. Honda Motor Co. Inc.*, No. 24-cv-7872, 2025 WL 3255005, at *3 (C.D. Cal. Nov. 7, 2025).

Accordingly, the Parties respectfully request that the Court grant their motion and enter their Stipulated ESI Protocol.

Dated: October 1, 2026

**COHEN MILSTEIN SELLERS & TOLL LLP**

By: *<u>/s/ Nicholas J. Jacques</u>*
Agnieszka M. Fryszman [DC Bar No. 459208]
*pro hac vice*
Nicholas J. Jacques [DC Bar No. 1673121]
*pro hac vice*
Jordan Murov-Goodman [WSBA No. 59074]
*pro hac vice*
1100 New York Ave. NW, Suite 800
Washington, DC 20005
202-408-4600
*Attorneys for Plaintiffs*

**HOGAN LOVELLS CADWALADER US LLP**

VASSI ILIADIS (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4640
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com

*Counsel for Defendant*
Bumble Bee Foods, LLC