Agnieszka M. Fryszman [DC Bar No. 459208]
*pro hac vice*
Nicholas J. Jacques [DC Bar No. 1673121]
*pro hac vice*
Jordan Murov-Goodman [WA Bar No. 59074]
*pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
202-408-4600

Paul L. Hoffman [CA Bar No. 071244]
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
424-297-0114

*Attorneys for Plaintiffs*

*[Additional Counsel Continued on Next Page]*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Akhmad; Angga; Muhammad Sahrudin; and Muhammad Syafi'i,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC<br>280 10th Avenue,<br>San Diego, CA 92101<br><br>Defendant. | Case No.: 3:25-cv-00583-BAS-DEB<br><br>**PLAINTIFFS' RENEWED UNOPPOSED MOTION TO ISSUE LETTERS ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN TO DIRECT FCF CO., LTD. AND TWO PUBLIC AGENCIES TO PROVIDE DOCUMENTARY EVIDENCE**<br><br>Judge: Hon. Daniel E. Butcher<br>Courtroom: 2B<br><br>Action Filed: March 12, 2025 |

*[Additional Counsel Cont. from previous page]*

Helen I. Zeldes [CA Bar No. 220051]
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
619-400-4990

Marco Simons [CA Bar No. 237314]
Asia Arminio |DC Bar No. 996077|
*pro hac vice*
**GREENPEACE, INC.**
1300 Eye Street NW, Suite 1100
Washington, DC 20005
202-462-1177

Plaintiffs hereby renew their motion (ECF No. 71) for this Court to issue the attached Letter Rogatory to the Appropriate Judicial Authority of Taiwan seeking discovery from non-parties FCF Co., Ltd.; the Taiwan Department of Investment Review, Ministry of Economic Affairs; and the Taiwan Fisheries Agency, Ministry of Agriculture. This Court denied Plaintiffs' original motion without prejudice so Plaintiffs could make three ministerial changes to the text of the proposed Letter Rogatory.

Plaintiffs have amended the Letters Rogatory in accordance with this Court's oral ruling at the October 2, 2026, hearing. Specifically, Plaintiffs have removed any representation the discovery Plaintiffs seek complies with the laws, policy, and customs of Taiwan, clarified that Plaintiffs will reimburse reasonable costs of executing their request, and changed the signature line from Chief Judge Bashant to Magistrate Judge Butcher. *See* Ex. A, at 13-14. The amended proposed Letter Rogatory and a certified Mandarin translation are attached as Exhibit A and are separately lodged with the Court via email.

Plaintiffs otherwise incorporate by reference their previous motion in support of issuing the Letters Rogatory and respectfully request that this Court enter their amended proposed Letter Rogatory.

Dated: October 7, 2026

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL LLP

By: *<u>/s/ Agnieszka M. Fryszman</u>*
Agnieszka M. Fryszman

*Counsel for Plaintiffs*