UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AKHMAD, et al.,
Plaintiffs,
v.
BUMBLE BEE FOODS, LLC,
Defendant.

Case No.: 25-cv-00583-BAS-DEB

**ORDER GRANTING PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY**

**[DKT. NO. 75]**

Before the Court is Plaintiffs' Renewed Unopposed Motion to Issue Letters Rogatory for International Judicial Assistance from the Appropriate Judicial Authority of Taiwan. Dkt. No. 75.

Good cause appearing, at stated in Plaintiffs' Motion, the Court **GRANTS** the Motion. The Court will sign and affix its seal to the letters rogatory and enter them on the docket. Plaintiff may then contact the Clerk of Court to obtain the certified letters.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Daniel E. Butcher
United States Magistrate Judge